■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS GONZALEZ, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on November 1, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Carro, Markewich, Silverman and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN MINAYA, Appellant. — Upon remand from the Court of Appeals, judgment, Supreme Court, Bronx County (Loguen, J.), rendered on July 16, 1979, unanimously affirmed. No opinion. Concur — Kupferman, J. P., Birns, Silverman, Bloom and Carro, JJ.

■ NANCY C. BROWN, Appellant, v E.W.C. INC., Doing Business as EASTERN WOMEN'S CENTER, et al., Defendants, and NOEL MOHAMMED, Respondent. — Order, Supreme Court, New York County (H. Schwartz, J.), entered on June 2, 1981, unanimously affirmed, without costs and without disbursements, on condition defendant-respondent pays $500 to plaintiff within 30 days after service of a copy of this court's order with notice of entry. In the event of respondent's failure to so comply, the order is reversed, without costs and without disbursements, and the motion for a default judgment granted. No opinion. Concur — Sullivan, J. P., Ross Carro, Silverman and Bloom, JJ.

■ ALBERTO DEL VALLE, an Infant, by His Father and Natural Guardian, JOSE DEL VALLE, et al., Respondents, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Appellant. — Order, Supreme Court, Bronx County (Fusco, J.), entered on October 29, 1980, unanimously affirmed, without costs and without disbursements. Plaintiff is directed to set forth in the amended complaint the damages sought for each of the plaintiffs in the total amount of $2,500,000. No opinion. Concur — Kupferman, J. P., Sullivan, Lupiano, Fein and Lynch, JJ.